UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Newman Lee Wiley, Civ. File No. 00-2454 (PAM/RLE)

Petitioner,

v. **ORDER**

United States of America,

Respondent.

---

This matter is before the Court on Petitioner Newman Lee Wiley's Application to Proceed In Forma Pauperis on Appeal. Pursuant to 28 U.S.C. § 1915, this Court may authorize a party to proceed without prepayment of fees, costs, or security, upon the affidavit of a party testifying that he is unable to pay such costs, describing the nature of the appeal and his belief that he is entitled to redress. Based on a review of the record and the Petitioner's application, the Court concludes that Petitioner should be allowed to proceed with his appeal in forma pauperis.

Petitioner must pay an initial partial appellate filing fee of $20.83. This fee represents 20% of the average monthly deposits in Petitioner's trust account over the last six months. See 28 U.S.C. § 1915(b)(1)(A). The remainder of the filing fee shall be paid in monthly installments as set forth in § 1915(b)(2).

FILED NOV 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's Application to Proceed Without Prepayment of Fees (Clerk Doc. No. 18) is **GRANTED**; and

2. Petitioner is required to pay an initial partial appellate filing fee of $20.83.

Dated: November 28, 2001

Paul A. Magnuson
United States District Court Judge