Tue Dec 28 10:35:13 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 278369
Cashier sheri

Tender Type CHECK

Check Number: 2221 71461679

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 0869PL |

Amount $ 17.89

WILEY NEWMAN 0:00-CV-2454/PAID BY DEPT O
F JUSTICE

SUBSEQUENT PAYMENT OF APPEAL FEE

SCANNED
DEC 28 2004
U.S. DISTRICT COURT MPLS