Thu Jan 27 10:50:28 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 279851
Cashier sheri

Tender Type CHECK

Check Number: 2221 20680626

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 0869PL |

Amount $ 17.09

WILEY NEWMAN 0:00-CV-2454/PAID BY DEPT O
F JUSTICE PAM/RLE

FINAL PAYMENT OF APPEAL FEE *OVERPAYMENT
OF .01**

SCANNED
JAN 28 2005
U.S. DISTRICT COURT ST. PAUL